**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-3063-CNS-KAS

BROCK WISNE,
AIDAN SHAW,
AISLIN MALCOLM,
CADE TYSON,
ABIGAIL JEFFERIES
ANTHONY JOHNSON,
LOIUE JORDAN,
JEFFERSON DE LA CRUZ MONEGRO,
ISAIAH JONES,
DIMOND LOOSLI,
BRETT GRIFFITHS, and
JAKE MORRELL on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

*Defendant*.

---

**[PROPOSED] CLASS CERTIFICATION ORDER**

---

**Charlotte N. Sweeney, J.**

Upon consideration of Plaintiffs' Motion for Rule 23(b)(2) Class Certification, the supporting memoranda, evidence, arguments of counsel, and pursuant to Federal Rule of Civil Procedure 23, the Court finds as follows:

1. Numerosity (Rule 23(a)(1)) – The proposed class is so numerous that joinder of all members is impracticable.

2. Commonality (Rule 23(a)(2)) – There are questions of law and fact common to the class, including but not limited to whether the application of the Five-Year Eligibility Rule

amounts to a violation of the antitrust laws and whether the class is entitled to injunctive and declaratory relief.

3. Typicality (Rule 23(a)(3)) – The claims of the named Plaintiff are typical of the claims of the class.

4. Adequacy (Rule 23(a)(4)) – The named Plaintiff and counsel will fairly and adequately protect the interests of the class.

5. Rule 23(b)(2) Requirements – Defendant has acted or refused to act on grounds generally applicable to the class, making final injunctive or declaratory relief appropriate with respect to the class as a whole.

Accordingly, IT IS HEREBY ORDERED THAT:

6. The Court certifies the following class under Rule 23(b)(2):

> All persons in the United States who began to play in collegiate sports in the 2022–2023 season, competed in NCAA Division I sports, and completed four years of eligibility as defined by the NCAA's prior rules by the conclusion of the 2025–2026 season, and are therefore barred from playing a fifth season due to the NCAA's adoption and immediate implementation of the Five-Year Eligibility Rule.

Excluded from the Class are: (1) the Defendant's officers, directors, and employees; (2) any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this action; and (3) any student athlete who has filed an individual or group claim regarding the Five-Year Eligibility Rule at the time of a motion for class certification in this action.

7. Brock Wisne, Aidan Shaw, Aislin Malcolm, Cade Tyson, Abigail Jefferies, Anthony Johnson, Louie Jordan, Jefferson De La Cruz Monegro, Isaiah Jones, Dimond Loosli, Brett Griffiths, and Jake Morell are appointed as Class Representatives.

8. Robert K. Shelquist, Christian Hudson, and Cuneo Gilbert Flannery & LaDuca, LLP are appointed as Co-Lead Class Counsel pursuant to Rule 23(g).

**So Ordered, on __ of July, 2026, at ___ am/pm.**

______________________________
Charlotte N. Sweeney, J.