**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-3063-CNS-KAS
BROCK WISNE,
AIDAN SHAW,
AISLIN MALCOLM,
CADE TYSON,
ABIGAIL JEFFERIES,
ANTHONY JOHNSON,
LOUIE JORDAN,
JEFFERSON DE LA CRUZ MONEGRO,
ISAIAH JONES,
DIMOND LOOSLI,
BRETT GRIFFITHS, and
JAKE MORRELL on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

*Defendant*.

---

**DECLARATION OF AISLIN MALCOLM**

---

I, Aislin Malcolm, declare under penalty of perjury as follows:

1. I am one of the Plaintiffs in this action, and am a member of the Injunctive Class. I am 22 years old and was born and raised in Pittsburgh, Pennsylvania, where I am also domiciled. This declaration is based upon my own personal knowledge. I am over the age of eighteen (18) and suffer from no disability that would prevent me from making this declaration.

2. Last year I played women's basketball at Robert Morris University, where I was Team Captain and started in all 30 games. I was a Horizon All-League Third Team selection, and led the conference in free throw shooting with an 84.4% success rate.

3. Prior to my time at Robert Morris, I attended the University of Pittsburgh as a top-100 recruit. I transferred from Pitt to Robert Morris after my junior season following the requirements of the transfer portal.

4. Robert Morris filed a waiver request on my behalf for an additional season of eligibility under the old NCAA eligibility rules (I could not file one myself under the rules), but the NCAA has not made a decision on my application. Robert Morris officials have informed me that they do not think it likely my waiver will be approved.

5. With the entry of the Preliminary Injunction, I should be able to play this season. However, Robert Morris has told me that they no longer have a roster spot available for me.

6. I have received an offer from another NCAA Division I women's basketball program to play for them. This offer includes a scholarship and NIL money.

7. I am unable to take this program up on their offer, and sign up to play for them, because of the NCAA's transfer rules. The transfer portal has not been opened by

the NCAA, and without it I cannot begin play with the new school, or any school. I understand that, like the waiver application, I am not allowed under the NCAA's rules to make my own transfer application through the transfer portal. It has to be done by the schools I am leaving and going to. I cannot begin to play with a new school, or any school other than Robert Morris, if the schools are not allowed by the NCAA to make the transfer.

8. I did not enter the transfer portal when it was open because it was open months ago, prior to the announcement of new eligibility rules, when I believed the NCAA's mandate that I could not play absent a waiver to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2026.

Aislin Malcolm

Aislin Malcolm (Aug 3, 2026 21:56:14 EDT)

AISLIN MALCOLM