**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-3063-CNS-KAS

BROCK WISNE,
AIDAN SHAW,
AISLIN MALCOLM,
CADE TYSON,
ABIGAIL JEFFERIES,
ANTHONY JOHNSON,
LOUIE JORDAN,
JEFFERSON DE LA CRUZ MONEGRO,
ISAIAH JONES,
DIMOND LOOSLI,
BRETT GRIFFITHS, and
JAKE MORELL on behalf themselves and all others similarly situated,

*Plaintiffs*,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

*Defendant*.

---

**DECLARATION OF ROBERT K. SHELQUIST IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

---

I, Robert K. Shelquist, hereby declare as follows:

1. I am a partner at Cuneo Gilbert Flannery & LaDuca, LLP. On July 31, 2026, I was appointed as lead counsel for the Injunctive Class in this action. I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Emergency Motion to Enforce the Preliminary Injunction.

3. Attached as **Exhibit A** is a true and correct copy of the post of Pete Nakos, shared at the link https://x.com/PeteNakos/status/2083623207647522928 and downloaded on August 3, 2026.

4. Attached as **Exhibit B** is a true and correct copy of the post of Pete Nakos, shared at the link https://x.com/PeteNakos/status/2084031748879368206 and downloaded on August 3, 2026.

5. Attached as **Exhibit C** is a true and correct copy of the email communications between Plaintiffs counsel and Defendant's counsel between August 2, 2026, and August 3, 2026.

6. Attached as **Exhibit D** is a true and correct copy of the article, *A college football signing frenzy days before the season? 'Spots can be made,' but questions remain*, by Sam Khan Jr., Manny Navarro, and Antonio Morales, published by the ATHLETIC and downloaded on August 3, 2026.

7. Attached as **Exhibit E** is a true and correct copy of the post of Frank Bonner II, shared at the link https://x.com/Frank_Bonner2/status/2084306627419574491?s=20 and downloaded on August 3, 2026.

8. Attached as **Exhibit F** is a true and correct copy of the article, *Inside college football's frantic response to the eligibility court ruling that changed everything overnight*, by Chris Hummer and Matt Zenitz, published by CBS Sports and downloaded on August 3, 2026.

9. Attached as **Exhibit G** is a true and correct copy of excerpts from the NCAA's Division 1 2025-26 Manual.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 4, 2026

*/s/ Robert K. Shelquist*
Robert K. Shelquist