# EXHIBIT A

# Post

**Pete Nakos**
@PeteNakos

NCAA Chief Legal Officer Scott Bearby sent a letter to membership this morning outlining the governing body's plan to appeal Friday's court decision.

"Schools and coaches must make their own independent decisions, but an injunction is intended to be short in duration and the NCAA intends to appeal it on an expedited basis."

on3.com/news/report-co...

NCAA

Colleagues,

The District Court of Colorado's decision (*Wisne v. NCAA)* is egregiously wrong. The court's decision to certify a nationwide class and grant sweeping injunctive relief with virtually no evidence, and without witness testimony or even so much as a hearing, invites further chaos in college sports and irreparably harms thousands of student-athletes already on campus.

The Court has not yet entered an order specifying what it is purporting to enjoin—a requirement under the law. We will seek that clarification immediately. But to be clear, one federal court cannot enjoin a settlement approved and entered by another court. The House injunction remains in effect according to its plain terms. The Colorado court plainly lacks the authority to undermine the House injunction, which all of the plaintiffs in the Colorado case are bound by, including the roster limits and revenue share cap.

We intend to appeal the Colorado order and will seek to restore the status quo as soon as possible to protect participation opportunities for the countless student-athletes who chose where to attend school based on the understanding that the rules adopted by the NCAA's member institutions would be applied as written.

Schools and coaches must make their own independent decisions, but an injunction is intended to be short in duration and the NCAA intends to appeal it on an expedited basis. The membership made a considered decision about the timing of the Age-Based Eligibility Rule in order to protect competitive opportunities for thousands of student-athletes already on campus.

Every federal circuit to address similarly flawed legal claims and similarly deficient evidentiary record has reversed.

Scott Bearby
NCAA Chief Legal Officer

**On3** @On3 · Jul 31

NEW: Judge Charlotte Sweeney has ordered the NCAA to declare eligible all Class of 2022 athletes who exhausted four seasons this spring, per court documents.

on3.com/news/report-co...




6:37 PM · Aug 1, 2026 · **202.4K** Views