# EXHIBIT B

X

# Post



**Pete Nakos**
@PeteNakos

Latest from NCAA legal officer Scott Bearby: “We now intend to pursue the appellate process and seek a stay of the Court’s order as soon as possible.”

NCAA

Colleagues,

The District Court of Colorado has granted the NCAA’s motion to clarify the injunction and make clear that the House Settlement’s roster limits and benefits cap remain fully in effect. According to the Court’s order, class members’ eligibility to participate will be determined by application of the age-based eligibility rule — in other words, they must be within five years of when they first enrolled at any college or turned 19, whichever occurred earlier. All other NCAA eligibility rules, including rules regarding professional participation, remain in effect; as the Court made clear, it was not ruling on any Bylaws not presented to the Court. We now intend to pursue the appellate process and seek a stay of the Court’s order as soon as possible.

Scott Bearby
NCAA Chief Legal Officer

**On3** @On3 · Aug 2

NEW: The injunction doesn't alter transfer rules, roster caps or revenue-sharing caps—only a fifth year for Class of 2022 athletes, per court documents.

(h/t @samcehrlich)...




9:41 PM · Aug 2, 2026 · **65.9K** Views

5 15 84 14