# EXHIBIT E

# Post



**Frank Bonner II**
@Frank_Bonner2

Charles Huff said he's been advised to "pump our brakes" before making any moves under the eligibility injunction.

"The NCAA and the courts are kind of two different worlds. So once the judgment is made, the NCAA still has to give us direction."



dailymemphian.com
Court ruling could give some Tigers an extra season
Charles Huff said he's been advised to "pump our brakes" before making any moves under the injunction that grants...

3:53 PM · Aug 3, 2026 · **5.5K** Views

4 13 1