# EXHIBIT G

NCAA®

# DIVISION I

## 2025-26 MANUAL

**FIGURE 13-1**

**Notification of Transfer Windows**

| Season | Sport | First Day | Final Day |
|---|---|---|---|
| Fall | Cross Country | November 22, 2025 | December 21, 2025 |
| Fall | Field Hockey | November 16, 2025 | December 15, 2025 |
| Fall | Football (FCS) | December 8, 2025 | December 27, 2025 |
| Fall | Football (FBS) | December 8, 2025 | December 27, 2025 |
| Fall | Men's Soccer | November 24, 2025 | December 23, 2025 |
| Fall | Women's Soccer | November 17, 2025 | December 16, 2025 |
| Fall | Women's Volleyball | December 7, 2025 | January 5, 2026 |
| Fall | Men's Water Polo | December 1, 2025 | December 30, 2025 |
| Spring Window | Football* | April 16, 2026 | April 25, 2026 |
| | All Other Fall Sports | May 1, 2026 | May 15, 2026 |
| Winter | Men's Basketball | March 23, 2026 | April 21, 2026 |
| Winter | Women's Basketball | March 24, 2026 | April 22, 2026 |
| Winter | Women's Bowling | April 1, 2026 | May 15, 2026 |
| Winter | Fencing | March 17, 2026 | April 30, 2026 |
| Winter | Men's Gymnastics | April 14, 2026 | May 28, 2026 |
| Winter | Women's Gymnastics | March 30, 2026 | May 13, 2026 |
| Winter | Men's Ice Hockey | March 29, 2026 | May 12, 2026 |
| Winter | Women's Ice Hockey | March 15, 2026 | April 28, 2026 |
| Winter | Rifle | March 2, 2026 | April 15, 2026 |
| Winter | Skiing | March 10, 2026 | April 23, 2026 |
| Winter | Men's Swimming and Diving | March 18, 2026 | May 1, 2026 |
| Winter | Women's Swimming and Diving | March 11, 2026 | April 24, 2026 |
| Winter | Indoor Track and Field | March 10, 2026 | April 23, 2026 |
| Winter | Men's Wrestling | March 18, 2026 | May 1, 2026 |
| Fall Window | All Spring Sports | December 1, 2025 | December 15, 2025 |
| Spring | Baseball | June 1, 2026 | June 30, 2026 |
| Spring | Women's Beach Volleyball | May 3, 2026 | June 1, 2026 |
| Spring | Men's Golf | May 13, 2026 | June 11, 2026 |
| Spring | Women's Golf | May 6, 2026 | June 4, 2026 |
| Spring | Lacrosse | May 10, 2026 | June 8, 2026 |
| Spring | Women's Rowing | May 26, 2026 | June 24, 2026 |
| Spring | Softball | May 26, 2026 | June 24, 2026 |
| Spring | Tennis | May 4, 2026 | June 2, 2026 |
| Spring | Outdoor Track and Field | May 28, 2026 | June 26, 2026 |
| Spring | Men's Volleyball | May 3, 2026 | June 1, 2026 |
| Spring | Women's Water Polo | May 4, 2026 | June 2, 2026 |

*Student-athletes who are members of teams that participate in a postseason contest (bowl game, NCAA Division I Football Championship, College Football Playoff, etc.) may also provide written notification of transfer during a five consecutive-day period beginning the day after their team's final postseason contest.