**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-3063-CNS-KAS

BROCK WISNE,
AIDAN SHAW,
AISLIN MALCOLM,
CADE TYSON,
ABIGAIL JEFFERIES,
ANTHONY JOHNSON,
LOUIE JORDAN,
JEFFERSON DE LA CRUZ MONEGRO,
ISAIAH JONES,
DIMOND LOOSLI,
BRETT GRIFFITHS, and
JAKE MORELL on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

*Defendant*.

---

**[PROPOSED] ORDER TO ENFORCE THE PRELIMINARY INJUNCTION**

---

**Charlotte N. Sweeney, J.**

Upon consideration of Plaintiffs' Emergency Motion to Enforce the Preliminary Injunction: Having determined Defendant is acting in violation of this Court's Preliminary Injunction Order it is, therefore, **ORDERED** that Plaintiffs' Emergency Motion to Enforce the Preliminary Injunction is **GRANTED**, Defendant, its agents, representatives, and all persons or entities acting in concert with it are hereby:

1. **ORDERED**, to immediately cease enforcement or execution against Plaintiffs and Class Members of any Bylaws, policies, or administrative procedures prohibiting them from negotiating for and accepting the opportunity to compete on a Division I team during the 2026-2027 season at any school that wishes to negotiate and/or offer such an opportunity;
2. **ORDERED**, to issue a clarifying notice to its Division I member-institutions, accurately advising them that Class Members remain eligible to accept roster spots and compete at any available Division I school pursuant to this Court's Preliminary Injunction Order and Clarification Order, regardless of any NCAA Bylaw that may attempt to punish them for playing such Class Members.
3. **ORDERED**, to report what steps it has taken to comply with this Court's orders specifically outlining the process in place so an athlete can sign for a fifth year, whether that player intends to sign at the school they attended and competed for in 2025-2026 or at another institution in 2026-27.

**So Ordered, on __ of August, 2026, at ___ am/pm.**

__________________________________

Dated: August 4, 2026 Charlotte N. Sweeney, J.