**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-3063-CNS-KAS

BROCK WISNE,
AIDAN SHAW,
AISLIN MALCOLM,
CADE TYSON,
ABIGAIL JEFFERIES,
ANTHONY JOHNSON,
LOUIE JORDAN,
JEFFERSON DE LA CRUZ MONEGRO,
ISAIAH JONES,
DIMOND LOOSLI,
BRETT GRIFFITHS, and
JAKE MORELL on behalf themselves and all others similarly situated,

*Plaintiffs*,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

*Defendant*.

---

**DECLARATION OF ROBERT K. SHELQUIST IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S EMERGENCY MOTION FOR ADMINISTRATIVE STAY AND MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**

---

I, Robert K. Shelquist, hereby declare as follows:

1. I am a partner at Cuneo Gilbert Flannery & LaDuca, LLP. On July 31, 2026, I was appointed as lead counsel for the Injunctive Class in this action. I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Emergency Motion for Administrative Stay and Motion to Stay Preliminary Injunction Pending Appeal.

3. Attached as **Exhibit A** is a true and correct copy of the post of Ben Portnoy, shared at the link https://x.com/bportnoy15/status/200847612251494650232 and downloaded on August 6, 2026. The letter enclosed in the post has been added as a separate page, for ease of reading.

4. Attached as **Exhibit B** is a true and correct copy of ECF No. 1-2, *Schedule of Actions*, filed to the docket of *In re: National Collegiate Athletic Association Age-Based Eligibility Rules Antitrust Litig.*, MDL No. 3198 ("Defendant's MDL Docket") on August 1, 2026.

5. Attached as **Exhibit C** is a true and correct copy of ECF No. 1-3, *Proof of Service*, filed to Defendant's MDL Docket on August 1, 2026.

6. Attached as **Exhibit D** is a true and correct copy of ECF No. 2, *Amended Schedule of Actions*, filed to Defendant's MDL Docket on August 4, 2026.

7. Attached as **Exhibit E** is a true and correct copy of ECF No. 2-1, *Amended Proof of Service*, filed to Defendant's MDL Docket on August 4, 2026.

8. Attached as **Exhibit F** is a true and correct copy of the email communications between Plaintiffs' counsel and Defendant's counsel on August 3, 2026.

9. Attached as **Exhibit G** is a true and correct copy of the NCAA's Motion to Vacate the Upcoming August 12, 2026 Hearing for Good Cause filed in *Branch v. NCAA*, No. 2026CV32732 (Colo. Dist. Ct. Cty. and Cnty. of Denver, Aug. 5, 2026).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 6, 2026

*/s/ Robert K. Shelquist*
Robert K. Shelquist