# EXHIBIT B

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE COLLEGE ATHLETE ELIGIBILITY RULES ANTITRUST LITIGATION** | **MDL No. _____** |

**SCHEDULE OF ACTIONS**

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant the National Collegiate Athletic Association ("NCAA") submits the following Schedule of Actions:

| Exhibit | Parties | Court | Case NO. | Judge | *Date Filed |
|---|---|---|---|---|---|
| A | **Plaintiffs:** Brock Wisne, Aidan Shaw, Aislin Malcolm, Cade Tyson, Abigail Jefferies, Anthony Johnson, Louie Jordan, Jefferson De La Cruz Monegro, Isaiah Jones, Dimond Loosli, Brett Griffiths, and Jake Morell<br><br>**Defendant:** National Collegiate Athletic Association | D. Colo. | 1:26-cv-03063-CNS-KAS | Hon. Charlotte N. Sweeney<br><br>Hon. Kathryn A. Starnella | 07/08/2026 |
| B | **Plaintiff:** Javier Morton<br><br>**Defendant**: National Collegiate Athletic Association | N.D. Ga. | 1:26-cv-1538-SEG | Hon. Sarah E. Geraghty | 03/23/2026 |
| C | **Plaintiff:** Cohen Fuller | D. Nev. | 2:26-cv-01974-APG-BNW | Hon. Andrew P. Gordon<br><br>Hon. Brenda Weksler | 06/29/2026 |

| | | | | | |
|---|---|---|---|---|---|
| | **Defendant:** National Collegiate Athletic Association | | | | |
| D | **Plaintiff:** La'Vario Wiley<br><br>**Defendant:** National Collegiate Athletic Association | D. Nev. | 2:26-cv-02281-CDS-MDC | Hon. Cristina D. Silva<br><br>Hon. Maximiliano D. Couvillier, III | 07/27/2026 |
| E | **Plaintiff:** Zakai Zeigler<br><br>**Defendant:** National Collegiate Athletic Association | E.D. Tenn. | 3:25-cv-00226-KAC-DCP | Hon. Katherine A. Crytzer<br><br>Hon. Debra C. Poplin | 12/09/2025 |
| F | **Plaintiffs:** Diego Pavia, Alexander Capka-Jones, Christopher Bellamy, Demarcus Griffin, TJ Smith, Trevonte "Tre" Richardson, Trent Hudson, Andrew Burnette, James Djonkam, Azariah "Bear" Levells, Jacob De Jesus, David Murphy, Ja'ir Smith, Anthony Frias II, Amani Givens, Zelmar Vedder, Alexander Jones, Jaden Mosley, Eddy Toussom, Kyri Shoels, Jamarien Wheeler, Emery Floyd, Jayden Dixon-Veal, Nadame Tucker, and Quintrayvion Taylor<br><br>**Defendant:** National Collegiate Athletic Association | M.D. Tenn. | 3:24-cv-01336 | Hon. William L. Campbell Jr<br><br>Hon. Luke A. Evans | 01/06/2026 |

| | | | | | |
|---|---|---|---|---|---|
| G | **Plaintiff:** Derrin Boyd<br><br>**Defendant:** National Collegiate Athletic Association | M.D. Tenn. | 3:25-cv-00729 | Hon. William L. Campbell Jr<br><br>Hon. Luke A. Evans | 10/27/2025 |
| H | **Plaintiffs:** Langston Patterson, Nicholas ("Nick") Levy, Nathanial Vakos, Kevin Gallic, Lance Mason, Chad Maurice ("CJ") Taylor Jr., Quincy Skinner Jr., Brayden Schager, Bernard ("BJ") Harris Jr., John ("Johnny") Luetzow, Henry Stewart, Jakob Russell, Justine Pissott, Ndjakalenga ("Jak") Mwenentanda, Lawson Lovering, Ellie Geoffroy, Xcaret ("X") Pineda, Reese Ragland, Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, Jayden Pierre, and Timo Legout<br><br>**Defendant:** National Collegiate Athletic Association | M.D. Tenn. | 3:25-cv-00994 | Hon. William L. Campbell Jr<br><br>Hon. Luke A. Evans | 11/10/2025 |

**Note: The "Date Filed" column reflects the date of the operative complaint.*

Dated: July 31, 2026

Respectfully submitted.

/s/ *Rakesh N. Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

/s/ *Taylor J. Askew*
Taylor J. Askew
David J. Zeitlin
HOLLAND & KNIGHT LLP
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Attorneys for Defendant National Collegiate Athletic Association*