# EXHIBIT D

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE COLLEGE ATHLETE ELIGIBILITY RULES ANTITRUST LITIGATION** | **MDL No. _____** |

## AMENDED SCHEDULE OF ACTIONS

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant the National Collegiate Athletic Association ("NCAA") submits the following Schedule of Actions:

| Exhibit | Parties | Court | Case NO. | Judge | [1]Date Filed |
|---|---|---|---|---|---|
| A | **Plaintiffs:** Brock Wisne, Aidan Shaw, Aislin Malcolm, Cade Tyson, Abigail Jefferies, Anthony Johnson, Louie Jordan, Jefferson De La Cruz Monegro, Isaiah Jones, Dimond Loosli, Brett Griffiths, and Jake Morell<br><br>**Defendant:** National Collegiate Athletic Association | D. Colo. | 1:26-cv-03063-CNS-KAS | Hon. Charlotte N. Sweeney<br><br>Hon. Kathryn A. Starnella | 07/08/2026 |
| B | **Plaintiff:** Javier Morton<br><br>**Defendant**: National Collegiate Athletic Association | N.D. Ga. | 1:26-cv-1538-SEG | Hon. Sarah E. Geraghty | 03/23/2026 |
| C | **Plaintiff:** Cohen Fuller | D. Nev. | 2:26-cv-01974-APG-BNW | Hon. Andrew P. Gordon | 06/29/2026 |

[1] The "Date Filed" column reflects the date of the operative complaint.

| | | | | | |
|---|---|---|---|---|---|
| | **Defendant:** National Collegiate Athletic Association | | | Hon. Brenda Weksler | |
| D | **Plaintiff:** La'Vario Wiley<br><br>**Defendant:** National Collegiate Athletic Association | D. Nev. | 2:26-cv-02281-CDS-MDC | Hon. Cristina D. Silva<br><br>Hon. Maximiliano D. Couvillier, III | 07/27/2026 |
| E | **Plaintiff:** Zakai Zeigler<br><br>**Defendant:** National Collegiate Athletic Association | E.D. Tenn. | 3:25-cv-00226-KAC-DCP | Hon. Katherine A. Crytzer<br><br>Hon. Debra C. Poplin | 12/09/2025 |
| F | **Plaintiffs:** Diego Pavia, Alexander Capka-Jones, Trevonte “Tre” Richardson, Trent Hudson, James Djonkam, Azariah “Bear” Levells, Jacob De Jesus, David Murphy, Ja’ir Smith, Anthony Frias II, Andrew Burnette Amani Givens, Zelmar Vedder, Jaden Mosley, Eddy Toussom, Kyri Shoels, Jamarien Wheeler, Emery Floyd, Jayden Dixon-Veal, Nadame Tucker, Quintrayvion Taylor, Iman Oates (*Terminated*), Jose "Joey" Aguilar (*Terminated*), and Hosea Wheeler (*Terminated*) | M.D. Tenn. | 3:24-cv-01336 | Hon. William L. Campbell Jr<br><br>Hon. Luke A. Evans | 01/06/2026 |

| | | | | | |
|---|---|---|---|---|---|
| | **Consolidated Plaintiffs:**[2] Christopher Bellamy, Demarcus Griffin, TJ Smith<br><br>**Defendant:** National Collegiate Athletic Association | | | | |
| G | **Plaintiff:** Derrin Boyd<br><br>**Defendant:** National Collegiate Athletic Association | M.D. Tenn. | 3:25-cv-00729 | Hon. William L. Campbell Jr<br><br>Hon. Luke A. Evans | 10/27/2025 |
| H | **Plaintiffs:** Langston Patterson, Nicholas ("Nick") Levy, Nathanial Vakos, Kevin Gallic, Lance Mason, Chad Maurice ("CJ") Taylor Jr., Quincy Skinner Jr., Brayden Schager, Bernard ("BJ") Harris Jr., John ("Johnny") Luetzow, Henry Stewart, Jakob Russell, Timo Legout, Justine Pissott, Ndjakalenga ("Jak") Mwenentanda, Lawson Lovering, Ellie Geoffroy, Xcaret ("X") Pineda, Reese Ragland, Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, Jayden Pierre[3], | M.D. Tenn. | 3:25-cv-00994 | Hon. William L. Campbell Jr<br><br>Hon. Luke A. Evans | 11/10/2025 |

[2] The *Pavia* and *Bellamy v. NCAA*, No. 3:25-cv-00750 (M.D. Tenn.), actions were consolidated. *See Bellamy*, No. 3:25-cv-00750, Dkt. No. 49. The plaintiffs listed here were originally named in the *Bellamy* action and, following consolidation, now appear in the consolidated *Pavia* action.

[3] Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, and Jayden Pierre are currently listed on the docket, though they do not appear in the initial complaint. On July 15, 2026, Plaintiffs added the six Plaintiffs—Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, and Jayden Pierre—in their proposed second amended complaint which the Defendant NCAA have opposed. *See* Dkt. No. 112, 122. The Motion for Leave to file Second Amended Complaint is now ripe remains pending. These six Plaintiffs have filed a Motion for

| | | | | | |
|---|---|---|---|---|---|
| | and Yilanan Ouattara (*Terminated*)<br><br>**Defendant:** National Collegiate Athletic Association | | | | |

Preliminary injunction on July 20, 2026, which Defendant NCAA opposed. *See* Dkt. No. 116, 124. The Motion for Preliminary Injunction remains pending.

Dated: August 4, 2026

Respectfully submitted,

/s/ *Rakesh N. Kilaru*

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

/s/ *Taylor J. Askew*

Taylor J. Askew
David J. Zeitlin
HOLLAND & KNIGHT LLP
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Attorneys for Defendant National Collegiate Athletic Association*