# EXHIBIT E

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE COLLEGE ATHLETE ELIGIBILITY RULES ANTITRUST LITIGATION** | **MDL No. _____** |

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Rakesh Kilaru, counsel for Defendant National Collegiate Athletic Association, hereby certify that on July 31, 2026, I caused to be electronically filed the following with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system:

1) National Collegiate Athletic Association's Motion to Transfer Related Cases for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;
2) Brief in Support of National Collegiate Athletic Association's Motion to Transfer Related Cases for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;
3) Schedule of Actions, including docket sheets and complaints for all related actions; and
4) This Proof of Service.

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, copies of the initial Motion and all initial supporting papers were served on the clerks of each district court in which a related action is pending, as well as on all counsel of record, by email or by first-class mail, postage prepaid, as set forth below.

This Amended Proof of Service is filed on August 4, 2026 and has been served on all parties.

| **Courtesy Copies Via Federal Express** | |
|---|---|
| United States District Court<br>District of Colorado (Denver)<br>Clerk of the Court<br>Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294<br><br>*Case No. 1:26-cv-03063* | United States District Court<br>Northern District of Georgia, Atlanta Division<br>Clerk of the Court<br>Richard B. Russell Federal Building & United States Courthouse<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br><br>*Case No. 1:26-cv-01538* |
| United States District Court<br>District of Nevada (Las Vegas)<br>Clerk of the Court<br>Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101<br><br>*Case Nos. 2:26-cv-01974 and 2:26-cv-02281* | United States District Court<br>Eastern District of Tennessee, Knoxville Division<br>Clerk of the Court<br>Howard H. Baker, Jr. United States Courthouse<br>800 Market Street, Suite 130<br>Knoxville, Tennessee 37902<br><br>*Case No. 3:25-cv-00226* |
| United States District Court<br>Middle District of Tennessee (Nashville)<br>Clerk of the Court<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203<br><br>*Case Nos. 3:25-cv-00729, 3:25-cv-00994, and 3:24-cv-01336* | |

| Via Electronic Mail | |
|---|---|
| Adrian G. Johnson<br>Leventhal Puga Braley P.C.<br>950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-759-9945<br>Email: ajohnson@leventhal-law.com<br><br>Alexandra Klein<br>Cuneo Gilbert Flannery & LaDuca LLP<br>222 Livingston Street<br>Suite 2<br>Brooklyn, NY 11201<br>917-204-6469<br>Email: aklein@cuneolaw.com<br><br>Alexandra C. Warren<br>Cuneo Gilbert Flannery & LaDuca LLP<br>2445 M Street NW<br>Suite 740<br>Washington, DC 20037<br>202-789-3960<br>Fax: 202-789-1813<br>Email: awarren@cuneolaw.com<br><br>Brian Aleinikoff<br>Leventhal Puga Braley P.C.<br>950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-362-0715<br>Email: baleinikoff@leventhal-law.com<br><br>Bruce Lowell Braley<br>Leventhal Puga Braley P.C.<br>950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-759-9945<br>Fax: 303-759-9692<br>Email: bbraley@leventhal-law.com<br><br>C. Peter Goplerud , III<br>National Litigation Law Group<br>401 West Broadway Avenue | Jeff Allen<br>The Law Firm of Jeff Allen<br>P.O. Box 92395<br>Southlake, TX 76092<br>817-247-8765<br>Email: info@fourleafcollective.com<br><br>Ronald Mac Fields, III<br>The Fields Firm Legal<br>791 Myrtle Street Ne #3<br>Atlanta, GA 30308<br>404-981-5715<br>Fax: 404-981-5715<br>Email: ron@fieldsfirmlegal.com<br><br>*Attorneys for Plaintiff Javier Morton*<br><br>*Case No. 1:26-cv-01538 (N.D. Ga)* |

| | |
|---|---|
| Enid, OK 73701<br>904-502-9515<br>Email: pgoplerud@nationlit.com<br><br>Christian Hudson<br>Cuneo Gilbert Flannery & LaDuca LLP<br>222 Livingston Street<br>Suite 2<br>Brooklyn, NY 11201<br>202-789-3960<br>Email: christian@cuneolaw.com<br><br>Diana Florence<br>Shumaker, Loop & Kendrick, LLP<br>1000 Jackson Street<br>Toledo, OH 43604<br>419-241-4000<br>Email: dflorence@shumaker.com<br><br>Elliot Sol Abrams<br>Cheshire Parker Schneider & Abrams PLLC<br>133 Fayetteville Street<br>4th Floor<br>Raleigh, NC 27601<br>919-833-3114<br>Fax: 919-832-0739<br>Email: elliot.abrams@cheshirepark.com<br><br>Michael James Flannery<br>Cuneo Gilbert & LaDuca LLP<br>2 City Place Drive<br>2nd Floor<br>St. Louis, MO 63105<br>314-226-1015<br>Email: mflannery@cuneolaw.com<br><br>Robert K. Shelquist<br>Cuneo Gilbert Flannery & LaDuca LLP<br>5775 Wayzata Boulevard<br>Suite 620<br>St. Louis Park, MN 55416<br>612-991-2934<br>Email: rshelquist@cuneolaw.com<br><br>Alexander R. Wilschke<br>Leventhal Puga Braley P.C. | |

| | |
|---|---|
| 950 South Cherry Street<br>Suite 600<br>Denver, CO 80246<br>303-759-9945<br>Fax: 303-759-9692<br>Email: awilschke@leventhal-law.com<br><br>*Attorneys for Plaintiffs: Brock Wisne, Aidan Shaw, Aislin Malcolm, Cade Tyson, Abigail Jefferies, Anthony Johnson, Louie Jordan, Jefferson De La Cruz Monegro, Isaiah Jones, Dimond Loosli, Brett Griffiths, and Jake Morell*<br><br>*Case No. 1:26-cv-03063-CNS-KAS (D. Colo)* | |
| Chloe N. Glass<br>Glass & Tabor, LLP<br>1601 36th Ave NW<br>Norman, OK 73072<br>405-360-9700<br>Fax: 405-360-7902<br>Email: chloe@glasstaborlaw.com<br><br>Geoffrey A. Tabor<br>1601 36th Ave NW<br>Ste Norman<br>OK, OK 73072<br>405-360-9700<br>Email: geoffrey@glasstaborlaw.com<br><br>Timothy Ryan O'Reilly<br>O'Reilly Law Group<br>325 S. Maryland Parkway<br>Las Vegas, NV 89101<br>702-382-2500<br>Fax: 702-384-6266<br>Email: efile@oreillylawgroup.com<br><br>Woodrow K. Glass<br>Glass & Tabor, LLP<br>1601 36th Avenue NW<br>Norman, OK 73072<br>405-360-9700<br>woody@glasstaborlaw.com<br><br>*Attorneys for Plaintiff Cohen Fuller* | Jason F. Lather<br>Lather Law<br>4484 S Pecos Rd Ste 171<br>Las Vegas, NV 89121<br>702-979-3500<br>Fax: 702-935-0071<br>Email: jason@latherlaw.com<br><br>*Attorney for Plaintiff La'Vario Wiley*<br><br>*Case No. 2:26-cv-02281 (D. Nev.)* |

| | |
|---|---|
| *Case No. 2:26-cv-01974-APG-BNW (D. Nev.)* | |

Joseph Alexander Little , IV
Litson PLLC
54 Music Square East
Suite 300
Nashville, TN 37203
615-985-8205
Email: alex@litson.com

Anderson Boone Cofer
Garza Law Firm, PLLC
550 W Main St
Suite 340
Knoxville, TN 37902
865-540-8300
Email: acofer@garzalaw.com

Brent Allen Morris
Garza Law Firm, PLLC
550 West Main Street
Suite 340
Knoxville, TN 37902
865-540-8300
Fax: 865-474-9397
Email: bmorris@garzalaw.com

Marcos M Garza
The Garza Law Firm, PLLC
550 W. Main Street
Suite 340
Knoxville, TN 37902
865-540-8300
Fax: 865-474-9397
Email: mgarza@garzalaw.com

Zachary Carter Lawson
Litson PLLC
111 E. Jackson Ave.
Ste 203
Knoxville, TN 37915
865-234-0247
Email: zack@litson.com

Ryan Downton
The Texas Trial Group
500 PR-693, Ste. 30
Dorado, PR 00646
512-680-7947
Email: ryan@thetexastrialgroup.com

Salvador M. Hernandez
Riley & Jacobson PLC
1906 West End Ave
Nashville, TN 37203
615-320-3700
Fax: 615-320-3737
Email: shernandez@rjfirm.com

*Attorneys for Plaintiffs: Diego Pavia, Alexander Capka-Jones, Trevonte "Tre" Richardson, Trent Hudson, Andrew Burnette, James Djonkam, Azariah "Bear" Levells, Jacob De Jesus, David Murphy, Ja'ir Smith, Anthony Frias Ii, Amani Givens, Zelmar Vedder, Jaden Mosley, Eddy Toussom, Kyri Shoels, Jamarien Wheeler, Emery Floyd, Jayden Dixon-Veal, Nadame Tucker, Quintrayvion Taylor, and Consolidated plaintiff*[1] *Christopher Bellamy, Demarcus Griffin, and TJ Smith,*

*Case No. 3:24-cv-01336 (M.D. Tenn.)*

---

[1] The *Pavia* and *Bellamy v. NCAA*, No. 3:25-cv-00750 (M.D. Tenn.), actions were consolidated. *See Bellamy*, No. 3:25-cv-00750, Dkt. No. 49. The plaintiffs listed here—Christopher Bellamy, Demarcus Griffin, and TJ Smith—were originally named in the *Bellamy* action and, following consolidation, now appear in the consolidated *Pavia* action.

| | |
|---|---|
| *Attorneys for Plaintiff Zakai Zeigler*<br><br>*Case No. 3:25-cv-00226-KAC-DCP (E.D. Tenn.)* | |

| | |
|---|---|
| Amanda Kusick<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Fax: (202) 639-7890<br>Email: amanda.kusick@bakerbotts.com<br><br>Erik T. Koons<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-7973<br>Email: erik.koons@bakerbotts.com<br><br>Erin M. Schnappauf<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Fax: (202) 639-7890<br>Email: erin.schnappauf@bakerbotts.com<br><br>JoAnna B. Adkisson<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-1301<br>Email: joanna.adkisson@bakerbotts.com<br><br>Rebecca Krause<br>Baker Botts, LLP<br>101 California Street<br>Suite 3200<br>San Francisco, CA 94111<br>510-418-9942<br>Email: rebecca.krause@bakerbotts.com<br><br>Ryan P. Durham<br>Boston, Holt & Durham, PLLC<br>P.O. Box 357<br>Lawrenceburg, TN 38464<br>931-762-7167<br>Email: rdurham@bhsdlaw.com<br><br>*Attorneys for Plaintiff Derrin Boyd* | Alexander Kraszewski<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7952<br>Email: alexander.kraszewski@bakerbotts.com<br><br>Bridget P. Moore<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Email: bridget.moore@bakerbotts.com<br><br>Christopher P. Wilson<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Email: christopher.wilson@bakerbotts.com<br><br>Erik T. Koons<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-7973<br>Email: erik.koons@bakerbotts.com<br><br>JoAnna B. Adkisson<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>202-639-1301<br>Email: joanna.adkisson@bakerbotts.com<br><br>Michael A. Munoz<br>Baker Botts LLP<br>700 K St N.W.<br>Washington, DC 20001<br>(202) 639-7700<br>Email: michael.munoz@bakerbotts.com<br><br>Milton S. McGee , III<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203 |

| | |
|---|---|
| *Case No. 3:25-cv-00729-ERJ (M.D Tenn)* | 615-320-3700<br>Email: tmcgee@rjfirm.com<br><br>Ryan Downton<br>The Texas Trial Group<br>500 PR-693, Ste. 30<br>Dorado, PR 00646<br>512-680-7947<br>Email: ryan@thetexastrialgroup.com<br><br>Salvador M. Hernandez<br>Riley & Jacobson PLC<br>1906 West End Ave<br>Nashville, TN 37203<br>615-320-3700<br>Fax: 615-320-3737<br>Email: shernandez@rjfirm.com<br><br>*Attorneys for Plaintiffs: Langston Patterson, Nicholas ("Nick") Levy, Nathanial Vakos, Kevin Gallic, Lance Mason, Chad Maurice ("Cj") Taylor Jr., Quincy Skinner Jr., Brayden Schager, Bernard ("Bj") Harris Jr., John ("Johnny") Luetzow, Henry Stewart, Jakob Russell, Justine Pissott, Ndjakalenga ("Jak") Mwenentanda, Lawson Lovering, Ellie Geoffroy, Xcaret ("X") Pineda, Reese Ragland, Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, Jayden Pierre[2], and Timo Legout*<br><br>*Case No. 3:25-cv-00994 (M.D. Tenn.)* |

[2] Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, and Jayden Pierre are currently listed on the docket, though they do not appear in the initial complaint. On July 15, 2026, Plaintiffs added the six Plaintiffs—Cayden Charles, Emily Pape, Valentino Pinedo, Elijah Lopez, Amaree Abram, and Jayden Pierre—in their proposed second amended complaint which the Defendant NCAA have opposed. *See* Dkt. No. 112, 122. The Motion for Leave to file Second Amended Complaint is now ripe remains pending. These six Plaintiffs have filed a Motion for Preliminary injunction on July 20, 2026, which Defendant NCAA opposed. *See* Dkt. No. 116, 124. The Motion for Preliminary Injunction remains pending.

Dated: August 4, 2026

Respectfully submitted,

/s/ *Rakesh N. Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

/s/ *Taylor J. Askew*
Taylor J. Askew
David J. Zeitlin
HOLLAND & KNIGHT LLP
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Attorneys for Defendant National Collegiate Athletic Association*