# EXHIBIT F

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Monday, August 3, 2026 5:26 PM
**To:** Rob Shelquist; Christian Hudson
**Cc:** wechter.andrea@dorsey.com; kappelman.ben@dorsey.com; taylor.askew@hklaw.com; David J Zeitlin; maude.kristina@dorsey.com; Adrian Johnson; Bruce Braley; Alex Wilschke; Brian Aleinikoff; elliott.abrams@cheshirepark.com; gopelrud@sagwlaw.com; Diana J. Florence; Michael Flannery; Alex Klein; Team NCAA Class; Jaylon Jackson; pgoplerud; Robert A. Boland; Alex Warren; goplerud
**Subject:** RE: Wisne v. NCAA - 7/15 Filings

Hi Rob – we did file papers with the JPML on Friday. The clerk asked us to make certain corrections to the filing, but the originally-filed materials will be to you via email shortly.

Thanks.

---

**From:** Rob Shelquist <rshelquist@cuneolaw.com>
**Sent:** Monday, August 3, 2026 5:10 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Christian Hudson <christian@cuneolaw.com>
**Cc:** wechter.andrea@dorsey.com; kappelman.ben@dorsey.com; taylor.askew@hklaw.com; David J Zeitlin <david.zeitlin@hklaw.com>; maude.kristina@dorsey.com; Adrian Johnson <ajohnson@leventhal-law.com>; Bruce Braley <bbraley@leventhal-law.com>; Alex Wilschke <awilschke@leventhal-law.com>; Brian Aleinikoff <brian@leventhal-law.com>; elliott.abrams@cheshirepark.com; gopelrud@sagwlaw.com; Diana J. Florence <dflorence@shumaker.com>; Michael Flannery <mflannery@cuneolaw.com>; Alex Klein <aklein@cuneolaw.com>; Team NCAA Class <TeamNCAAClass@leventhal-law.com>; Jaylon Jackson <jjackson@wilkinsonstekloff.com>; pgoplerud <pgoplerud@nationlit.com>; Robert A. Boland <rboland@shumaker.com>; Alex Warren <awarren@cuneolaw.com>; goplerud <goplerud@sagwlaw.com>
**Subject:** Re: Wisne v. NCAA - 7/15 Filings

Rakesh:

We understand from your email that we have different views of the Judge's Orders and have reached an impasse. Accordingly, we will be filing a motion to enforce the temporary injunction.

On another note, we became aware today that motion papers were filed with the JPMDL. I was not listed on the service list and others on our team did not receive email service as stated in the affidavit of service. Can you confirm that the MDL papers were served on our team by email?

Thanks.

Rob

Robert K. Shelquist
Cuneo Gilbert Flannery & LaDuca, LLP
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416